Jessica Hollenbach (SBN: 281179)
MELLEN LAW FIRM
411 Borel Ave., Suite 230
San Mateo, CA 94402
Mellenlaw@yahoo.com
Tel: (650) 638-0120
Fax: (650) 638-0125

Attorney for Plaintiff
SEGUNDINA SAN JUAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDINA SAN JUAN, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO, a Delaware business entity and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:12-CV-00782-JCS <br><br> **ORDER DISMISSING SEGUNDINA SAN JUAN'S COMPLAINT PURSUANT TO FRCP 41(a)(1)** |

The Court, having received Plaintiff's Notice of Dismissal filed April 2, 2012, hereby dismisses United States District Court Case Number 3:12-CV-00782-JCS in its entirety. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice. So ordered.

Dated: 4/4/12

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

~~JOSEPH C. SPERO~~ EDWARD M. CHEN
~~UNITED STATES MAGISTRATE JUDGE~~ DISTRICT

1