1  Jessica Hollenbach (SBN: 281179)
   MELLEN LAW FIRM
2  411 Borel Ave., Suite 230
   San Mateo, CA 94402
3  Mellenlaw@yahoo.com
   Tel: (650) 638-0120
4  Fax: (650) 638-0125

5  Attorney for Plaintiff
   SEGUNDINA SAN JUAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDINA SAN JUAN, an individual; | Case No. 3:12-CV-00782-JCS |
| Plaintiff, | |
| vs. | **ORDER DISMISSING SEGUNDINA SAN JUAN'S COMPLAINT PURSUANT TO FRCP 41(a)(1)** |
| WELLS FARGO, a Delaware business entity and DOES 1-50, inclusive, | |
| Defendants. | |

The Court, having received Plaintiff's Notice of Dismissal filed April 2, 2012, hereby dismisses United States District Court Case Number 3:12-CV-00782-JCS in its entirety. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice. So ordered.

Dated:   4/4/12

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

~~JOSEPH C. SPERO~~  EDWARD M. CHEN
~~UNITED STATES MAGISTRATE JUDGE~~  DISTRICT

1